H. B. Claflin Company, complainant and appellant,

*v.*

Julius Freudenthal et al., defendants and respondents.

[Filed June 18th, 1900.]

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *13 Dick. Ch. Rep. 298*.

*Mr. Reuben M. Hart* and *Mr. Charles J. Roe,* for the appellant.

*Mr. Eugene Stevenson,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given by Vice-Chancellor Emery in the opinion below.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, LUDLOW, COLLINS, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES—13.

*For reversal*—None.